UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:09-cr-00113-SEB-MJD |
| | ) | |
| EVERETT CURTIS HARDING, | ) | |
| | ) | |
| Defendant. | ) | |

Order Adopting Report and Recommendation

Having reviewed Magistrate Judge Debra McVicker Lynch's Report and Recommendation that Everett Curtis Harding's supervised release be revoked, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders that the defendant's supervised release is therefore **REVOKED**, and Everett Curtis Harding is sentenced to the custody of the Attorney General or his designee for a period of six (6) months. Upon release, the defendant will reside at a Residential Reentry Center for 6 months, followed by one (1) year of supervised release.

So ORDERED.

Date: 8/7/2015

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal